JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 599 -- In re Sivachenko/Magramm Property Transfer Litigaiton

| Date | Pleading No. | Pleading Description |
|---|---|---|
| 84/04/25 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Father (John) Victor Magramm for transfer of action. Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: N.D. California -- SUGGESTED TRANSFEREE JUDGE: Honorable Marilyn H. Patel (ds) |
| 84/04/30 | 2 | LETTER -- MOVANT -- Correcting discrepancy in service list and clarifying names of defendant Victor Magramm. (rew) |
| 84/04/04 | | APPEARANCE -- VLADIMIR VERHOVSKOY, ESQ. for Victor Magramm (under all listed aka's) (ds) |
| 84/05/08 | | APPEARANCE -- WAYNE COLLINS, ESQ. for Natalie Sivachenko (ds) |
| 84/06/25 | | HEARING ORDER -- Setting motion to transfer A-1 & A-2 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/07/02 | 3 | LETTER RESPONSE -- pltf. Natalie Sivachenko w/copy of order and svc. (ds) |
| 84/07/20 | | WAIVERS OF ORAL ARGUMENT: ALL PARTIES WAIVED (cds) |
| 84/08/03 | | ORDER DENYING TRANSFER of litigation (A-1, A-2) pursuant to 28 U.S.C. §1407. Notified PASL, hearing clerk, involved judges and clerks (rh) |

JPML FORM 1A

JPML Form 1
Revised: 8/78

DOCKET NO. 599 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SIVACHENKO/MAGRAMM PROPERTY TRANSFER LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8-3-84 | mo unpublished | | | | |

Special Transferee Information

DATE CLOSED: August 3, 1984

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 599 -- In re Sivachenko/Magramm Property Transfer Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Natalie Sivachenko v. Victor Magramm etc. | N.D.Cal. Patel | C-84-1087 MHP | | | | |
| A-2 | Natalie Sivachenko v. Victor Magramm etc. | W.D.Wash. Voorhees | C-84-435 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 599 -- In re Sivachenko/Magramm Property Transfer Litigation

| NATALIE SIVACHENKO (A-1) and (A-2) | VICTOR MAGRAMM |
|---|---|
| Wayne Collins, Esquire<br>4 Embaracadero Center<br>Suite 3480<br>San francisco, California 94111 | (under all listed aka's)<br>Vladimir Verhovskoy, Esquire<br>225 Broadway<br>Suite 1500<br>San Diego, California 92101 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 599 -- In re Sivachenko/Magramm Property Transfer Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| VICTOR MAGRAMM, aka Father Victor Magramm, aka John Victor, Father John Victor, Reverend Ioann and Hiermonk Ioann. | A-1, A-2, |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |