JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -3 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 599

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SIVACHENKO/MAGRAMM PROPERTY TRANSFER LITIGATION

ORDER DENYING TRANSFER

    This litigation consists of two actions pending in two federal districts: one action in the Northern District of California and one action in the Western District of Washington. The defendant in both actions has moved the Panel, under 28 U.S.C. §1407, to transfer the Washington action to the Northern District of California for coordinated or consolidated pretrial proceedings with the action pending there. The sole plaintiff in both actions submitted a copy of an order staying the Washington action pending the outcome of the California action in lieu of her opposition to the motion.

    On the basis of the papers filed,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that any accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We emphasize that 1) only two actions involving the same plaintiff and defendant are pending in this docket; and 2) the Washington action has been stayed pending the outcome of the California action.

    IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

Schedule A

<u>MDL-599 -- In re Sivachenko/Magramm Property Transfer Litigation</u>

    <u>Northern District of California</u>

  <u>Natalie Sivachenko v. Victor Magramm</u>, etc., C.A. No. C84-1087 MHP

    <u>Western District of Washington</u>

  <u>Natalie Sivachenko v. Victor Magramm</u>, etc., C.A. No. C84-435